

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2021

No. 04-21-00103-CR

**IN RE** Jose Alberto **GARCIA**, Relator

Original Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus is DENIED.

It is so **ORDERED** on April 14, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018CR13110, styled *State v. Garcia*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Andrew Wyatt Carruthers presiding.